IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY CHOATE,<br><br>Defendant. | Case No.: CR 19–00213-MAG (TSH)<br>AMENDED<br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING HEARING |

This matter was originally scheduled for a status appearance for Thursday, September 10, 2020. Previous counsel for Mr. Choate, Ms. Amy Senia, has left the Office of the Federal Public Defender. Federal Defender Steven Kalar will now represent Mr. Choate.

Mr. Kalar has requested time to meet and confer with Mr. Choate before his next court appearance, and proposes that the matter go over until Thursday, September ~~24~~ 25, 2020 at 10:00 a.m. The government has no objection.

//
//
//
//
//
//
//
//
//
//

1   Therefore, for good cause shown the matter shall be continued to September ~~24~~ 25, 2020 at
2   10:00 a.m., for status.  Time shall be excluded under the Speedy Trial Act to permit for the
3   effective preparation of counsel.

    IT IS SO STIPULATED.

| September 9, 2020 | David L. Anderson |
| Dated | United States Attorney |
|  | Northern District of California |

/S
DENISE OKI
Special Assistant United States Attorney

| September 9, 2020 | Steven G. Kalar |
| Dated | Federal Public Defender |
|  | Northern District of California |

/S
STEVEN G. KALAR
Federal Public Defender

IT IS SO ORDERED.

| 9/15/2020 | Hon. THOMAS S. HIXON |
| Dated | United States Magistrate Judge |